Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.: 17−24486−RG
                                                Chapter: 7
                                                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lucrecia Rivas
   478 East 25th Street
   Paterson, NJ 07514

Social Security No.:
   xxx−xx−7507

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2018
JAN: slm

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 17-24486-RG
     Lucrecia Rivas                                            Chapter 7
             Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Jan 11, 2018
                              Form ID: 148               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db             +Lucrecia Rivas,    478 East 25th Street,    Paterson, NJ 07514-2474
516948291      +Citibank/Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516948293      +Eastern Account System INC,    P.O. Box 837,    Newtown, CT 06470-0837
516948294       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516948297      +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
516948298      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516948301      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 21:29:55      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 21:29:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 11 2018 21:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516948288      +EDI: BANKAMER.COM Jan 11 2018 21:28:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516948289       EDI: CAPITALONE.COM Jan 11 2018 21:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516948290      +EDI: CHASE.COM Jan 11 2018 21:28:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
516948292      +EDI: WFNNB.COM Jan 11 2018 21:28:00      Comenity Bank/Express,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
516948295      +EDI: HFC.COM Jan 11 2018 21:28:00      Hsbc Bank Usa, Na,    Po Box 2013,
                 Buffalo, NY 14240-2013
516948296      +EDI: IIC9.COM Jan 11 2018 21:28:00      IC Systems, Inc,    444 Highway 96 East,
                 St Paul, MN 55127-2557
516951117      +EDI: RMSC.COM Jan 11 2018 21:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516948299      +EDI: RMSC.COM Jan 11 2018 21:28:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516948300      +EDI: RMSC.COM Jan 11 2018 21:28:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516948303       EDI: WFFC.COM Jan 11 2018 21:28:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
516948302      +EDI: WFFC.COM Jan 11 2018 21:28:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                                 TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeremias E Batista    on behalf of Debtor Lucrecia  Rivas jeremiasbatista@gmail.com,
               G26967@notify.cincompass.com;neidy.fuentes@gmail.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2018
                               Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    Carisbrook Asset Holding Trust
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 5