|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, New Jersey 07039<br>(973) 597-9100<br>Jay L. Lubetkin, Chapter 7 Trustee | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>JAN 11 2018<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| In re:<br><br>RIVAS, LUCRECIA,<br><br>            Debtor. | Case No.:  17-24486 (RG)<br><br>Judge:  Hon. Rosemary Gambardella<br><br>Chapter:  7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

1-11-18    _/s/ Rosemary Gambardella_
           USBJ

1

In re:      Lucrecia Rivas

Case No.:   17-24486 (RG)

Upon the motion of ___Jay L. Lubetkin, Chapter 7 Trustee___ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of this entry of this Order.

F:\Client_Files\A-M\JLL-CH 7 PANEL TRUSTEE\Rivas\Dismiss - Order.doc

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lucrecia Rivas  
      Debtor

Case No. 17-24486-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 11, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.  
db          +Lucrecia Rivas,    478 East 25th Street,    Paterson, NJ 07514-2474

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:  
        Jay L. Lubetkin     jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,  
         rgaydos@rltlawfirm.com  
        Jay L. Lubetkin     on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,  
         NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        Jeremias E Batista     on behalf of Debtor Lucrecia  Rivas jeremiasbatista@gmail.com,  
         G26967@notify.cincompass.com;neidy.fuentes@gmail.com  
        Rebecca Ann Solarz     on behalf of Creditor  Carisbrook Asset Holding Trust  
         rsolarz@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 5